IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 25 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-CV-01437-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DAVID DUNBAR,

    Plaintiff,

v.

AURORA POLICE DEPT.,
CHIEF OF POLICE OATS,
DENVER POLICE DEPT.,
CHIEF OF POLICE, WHITMAN,
MAYOR JOHN HICKENLOOPER,
CITY AND COUNTY OF DENVER,
MAYOR RANDY PYE,
CENTENIAL [sic] SHERIFF J. GRAYSON ROBINSON,
ARAPAHOE COUNTY DETENTION FACILITY,
D/S FINGER,
D/S CLINE
DS CARLE,
CORRECTIONAL HEALTHCARE MANAGEMENT,
DR. GARLIER,
DR. SOLIS,
DR. SCHNEGEL,
NURSE GOSS,
NURSE IVERSON,
ELAINE MEYERS HSA AND COMPLETE MEDICAL STAFF,
DISTRICT ATTORNEY OFFICE 18TH JUDICIAL DISTRICT,
JOHN DOE & JANE DOE 1-200,
OFFICE OF THE PUBLIC DEFENDER 18TH JUDICIAL DISTRICT,
JOHN DOE,
DAN KAPLAN,
MR. O'CONNER,
GINA SHIMMELL,
ARAMARK FOOD SERVICES,
EDDIE CILMRE,
MAURICE WOMAK,
JANE STADISH,
ARAPAHOE COUNTY JAIL MAILROOM,

SUE WHITE,
LT. MONOS,
SGT. ROSS,
SGT. WISCOMB,
SGT. THOMPSON OF ARAPAHOE SHERIFFS DEPT,
MAYOR ED TAUER OF AURORA,
ARAPAHOE COUNTY COMMISIONERS [sic] OFFICE,
LYNN MEYERS,
ARAPAHOE COUNTY JAIL LAW LIBRARY,
CLASSIFICATION DEPT: DANA SIVIK, and
LIBRAIN [sic] BRITANY AND SHEILA CLARKE,

        Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __ is not submitted
(2) __ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing required financial information
(5) __ is missing an original signature by the prisoner
(6) __ is not on proper form (must use the court's current form)
(7) __ names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other _____

2

**Complaint, Petition or Application:**
(10)  X   is not submitted
(11)  ___ is not on proper form (must use the court's current form)
(12)  ___ is missing an original signature by the prisoner
(13)  ___ is missing page nos. ___
(14)  ___ uses et al. instead of listing all parties in caption
(15)  ___ An original and a copy have not been received by the court. Only an original has been received.
(16)  ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  ___ names in caption do not match names in text
(18)  ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: a Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 24th day of July, 2006.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 01437** -Br-B

David Dunbar
Prisoner No. 069059
Arapahoe County Det. Facility
P.O. Box 4918
Englewood, CO 80155

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 7-25-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk